DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALAN ROBINS** a/k/a **ALAN J. ROBINS,**
Appellant,

v.

**WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF IMH ASSETS CORPORATION, COLLATERALIZED ASSET BACKED BONDS, SERIES 2004-11, POINCIANA TOWN HOMES OWNERS' ASSOCIATION, INC.,** and **WACHOVIA BANK, NATIONAL BANK,**
Appellees.

No. 4D17-2248

[July 26, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE 07-034887.

S. Alan Johnson of S. Alan Johnson Law LLC, Fort Myers, for appellant.

Adam M. Topel of Liebler Gonzalez & Portuondo, Miami, for appellee, Wells Fargo Bank, N.A., for appellee, Wells Fargo Bank, N.A.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***